Decision affirmed.

Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

Pfeifer, J., concurs in judgment only.

---

Barrett & Weber, C. Francis Barrett, and M. Michele Fleming, for appellant.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Thomas J. Scheve, Assistant Prosecuting Attorney, for appellee Hamilton County Auditor.

David C. DiMuzio, Inc., and David C. DiMuzio, for appellee St. Bernard School District Board of Education.

Katz, Greenberger & Norton, L.L.P., Scott H. Kravetz, and Jeff J. Greenberger, urging reversal for amicus curiae, Ohio Storage Owners' Society, Inc.

THE STATE EX REL. WHEELING–PITTSBURGH STEEL CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.; RUNYAN, APPELLANT.

[Cite as *State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.,* 115 Ohio St.3d 372, 2007-Ohio-5234.]

(No. 2006–1576—Submitted August 14, 2007—Decided October 11, 2007.)

---

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Vorys, Sater, Seymour & Pease, L.L.P., Bradley K. Sinnott, and Bethany R. Spain, for appellee Wheeling–Pittsburgh Steel Corporation.

Marc Dann, Attorney General, and Sandra E. Pinkerton, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Larrimer & Larrimer and Thomas L. Reitz, for appellant.